UNITED STATES, Plaintiff, v. AMERICAN CONTRACTORS INDEMNITY CO., CHENG TENG, CARLOS PASERA, AND M&T PROGRESSIONS, Defendants.

Court No. 04–00382

## JUDGMENT

MUSGRAVE, Senior Judge: Upon consideration of plaintiff's amended motion for default judgment and the lack of any response from the remaining defendants to the Court's Order to Show Cause dated September 12, 2008, it is hereby

**ORDERED** that plaintiff's motion is granted; and it is further

**ORDERED** that judgment is entered in favor of the plaintiff The United States against defendants Cheng Teng, Carlos Pasera, and M&T Progressions, jointly and severally, for antidumping duties in the amount of $23,164.88, plus penalties in the amount of $553,713 pursuant to 19 U.S.C. § 1592(c)(1), plus prejudgment and post-judgment interest in the amount(s) established by 28 U.S.C. §§ 1961(a) and (b).

T.W.R., INC., Plaintiff, v. UNITED STATES SECRETARY OF AGRICULTURE, Defendant.

Court No. 05–00356

## *JUDGMENT*

EATON, Judge: Upon consideration of defendant's Reconsideration Upon the Second Remand of the Application of T.W.R., Inc., filed in response to the court's order of May 28, 2008 (the "Second Remand Results"), plaintiff's comments, defendant's response to plaintiff's comments, and all other pertinent papers, it is hereby

ORDERED that the Second Remand Results granting plaintiff's application for trade adjustment assistance are affirmed.